1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| | |
|---|---|
| KEITH RUSSELL JUDD, | Case No. 10-cv-1483-JCC-JPD |
| Petitioner, | REPORT AND RECOMMENDATION |
| v. | |
| ERIC HOLDER, et al., | |
| Respondents. | |

14

15 Petitioner is an inmate at the Federal Correctional Institute in Texarkana, Texas, who is

16 proceeding *pro se* in this proposed habeas action.  Specifically, petitioner has filed a proposed

17 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Dkt. 1, Att. 1, as well as a

18 "Motion for Court to Certify Actual Innocence Claim Under Savings Clause."  Dkt. 7.

19 Although petitioner filed an initial application to proceed *in forma pauperis* ("IFP") in this

20 action on September 14, 2010, Dkt. 1, the Clerk has notified petitioner via letter on three

21 separate occasions that his IFP application was deficient because petitioner failed to provide a

22 certified copy of his prison trust account statement showing transactions for the past six

23 months.  *See* Dkt. 3; Dkt. 5; Dkt. 11.  On each occasion, petitioner was granted an additional

24

25

26

REPORT AND RECOMMENDATION
PAGE - 1

1   month to correct the deficiency.  To date, however, petitioner has neither corrected the

2   deficiency, nor paid the applicable filing fee.

3       Accordingly, the Court recommends that this § 2241 habeas action be DISMISSED

4   without prejudice for failure to prosecute.  A proposed order accompanies this Report and

5   Recommendation.

6

7       DATED this 9th day of December, 2010.

8

9       JAMES P. DONOHUE
        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION
PAGE - 2