THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RUSSELL JUDD,

    Petitioner,

   v.

ERIC HOLDER, et al.,

    Respondents.

CASE NO. C10-1483

ORDER

The Court, having reviewed the Report and Recommendation (Dkt. No. 12) of the Honorable James P. Donohue, and Petitioner's objections thereto (Dkt. No. 13), does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation. (Dkt. No. 12.)

(2)    This action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 4th day of February 2011.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - C10-1483
PAGE - 1